■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY HEERALAL, Appellant. [631 NYS2d 538] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Clabby, J.), rendered June 7, 1994.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9). Sullivan, J. P., Miller, Copertino, Joy and Friedmann, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILL HULLS, Also Known as WILLIAM HARRIS, Appellant. [631 NYS2d 538] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated April 12, 1993 *(People v Hulls,* 192 AD2d 622), affirming a judgment of the Supreme Court, Kings County, rendered December 14, 1989, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Bracken, J. P., Sullivan, Balletta and Copertino, JJ., concur.